John Hartsoe
P.O. Box 487
St. Ignatius Mt 59865

**FILED** July 14, 2020

JUL 17 2020

Clerk, U.S. Courts
District Of Montana
Billings Division

United States District Court, District of Montana
Billing Divisions

John Hartsoe, plaintiff

V

CV-20-107-BLG-
SPW-TJC

Order Issued by
deceased Judge C.B. McNeil
Issued on August 29th 2011.

Collateral attack
on fraud-void
order

Comes now john Hartsoe pro se Submits
the following

That this court look at all the evidence,
documents, affidavits submitted and vacate
the fraud-void judgment, or issue an order
for a evidentary hearing.

Facts

Cause NO. DV, 10-353, Montana Twentieth
Judicial District Court, Lake County
Hon. C.B. McNeil.

Page 1

Donna F. Heisel, f/k/a Donna F. Hartsoe, plaintiff
V. John L. Hartsoe, James M. Hartsoe and LiLic
Morris defendants.

This case was about monetary, award
illegally issued to Plaintiff (Donna F. Heisel)
That issue for another time.

The issue here Plan and Simple, have
we come to the Point where anyone
(man/women) can be Purposely Kept from his/
her civil right to appear and defend.

That issue started at a suppose Pre-trial
conference. On July 13, 2011
    See To whom it may concern. Aug 4, 2011
at this conference Hon. C.B. McNeil swore than
~~they~~ lied and was very agaited with John
Hartsoe

    See Motion to Recusal-Disqualification
dated 7-17-11.

Plainly Judge C.B. McNeil actions where
outrageous. But as John Hartsoe Points out
in his motion, recausal is the only option
for judge. McNeil. Page 2 clearly Hartsoe's
motion Points out Rex V. Sussex Justices (1924)
Page 3 Citing U.S. V. Winton (9th cir 1980)
Under 28 USCS § 445 recusal....
Page 7    4th line "demand trial by jury"
Ninth time "demanded"

Page 2

See Order Denying Recusal-Disqualification-
Clearly on Page 1 Line 26 -" Said Defendants
brief cites No authority for such a request, ...,
when motion ≤ cites the 3 stated before.
This Order was issued 1 day after john
Hartsoe's motion to the court, clearly in
Violation of Montana Rules of civil proceedings.
Clearly another sign of bias and prejudice.

Judge McNeil orders a hearing for
August 24, 2011. Whereupon John Hartsoe
Submits inmate special Request form (see Att1)
Quite odd "If the court desires your presents, ...
Clearly the court decided my rights meant
nothing.
See (ISRF) #Att2. After no hearing a
thing about my hearing Sent in another
insane "that you need to Ask Permission"

See Minute Entry-" John Hartsoe not present"

See Affidavit Lilie Morris
See Affidavit James Hartsoe

So Judge Mcneil Proceeded on with main
defendant Not allowed because had not
"ask Permission"

Page 3

and that "He does not need to beleve"

So. it seems that in Judge McNeil hearings defendants have to ask permission to attend and defendants dont have to be there.

So why would the transcript Company of Marshall and Marshall alter the court transcript.

If defendants don't need to be there why would Marshall and Marshall put in the words "a brief ~~so~~ pause is taken" twice in the court transcripts.
Clearly Obstruction of justice, failty court records.

Montana Constitution Section 26 Trial by jury.
The right of trial by jury is secured to all and shall remain inviolate.

So to demand trial by jary Nine times throughout the proceeding means nothing. as john Hartsoe had heard how corrupt judges in Lake County where. clearly proof of this corruption.

Page 4

So to the law behind my request.

Rule 60 Relief from judgement or order
U.S.C.A. Federal rules of civil proceedure.
Title VII judgement
... Reasonable time criterion of this rule
governing setting aside void judgement
means, in effect no time limitation, since
void judgement is no judgment, court that
entered void judgement may vacate it at
any time.

Under rule 60 (B) because a void judgement
can never acquire validity through leches.
See Crosby V. Bradstreet CO. 312 F.2d 483
(2nd cir) cert denied 373 U.S. 911, 83 S.ct. 1300
d. Ed 2d 412 (1963)
Where the court vacated a judgement as void
30 years after entry. See also Marquette
Corp. V. Priester, 234 F. Supp (E.D.S.C. 1964)
where the court expressly held that clause
Rule 60 (B)(4) carries no real time limit.

So, john Hartsoe brings this to this federal
court.

Page 5

A court may at anytime set aside a judgement for after discovered fraud upon the Court.

Hazel atlas glass V. Hartford

Rule 60(B) expressly does not limit the power of a court to entertain an action for that purpose.

With the pre trial conference issue, clearly the hearing with-out john Hartsoe there was lose of jurisdiction.

Kocher V. Dow Chemical Co. U.S.C.A 8th Dist. (1997)... Motion to vacate judgement on ground that it was void for lack of jurisdiction can suceed only if absense of jurisdiction was so glaring as to constitute "total want of jurisdiction" or "Plain Usarpetion of Power". So as to render judgement void from its inception.

Windsor V. McVeigh. S.ct (1876)
.. "jurisdiction" is the right to hear and determine, not to determine without hearing.

Fuentes V. Shevin S.ct (1972) 407 U.S.67, 92 S.ct (1983) .. (3)(4) The constitutional right to be heard is a basic aspect of dut of

Page 6

government to follow in a fair process of decision making, when it acts to deprive a person of his possessions... Central meaning is that parties whose rights are to be affected are entitled to be <u>heard</u>

U.S. V. Scheffer (1998) 523 U.S. 303, 118 S. Ct. 1261... We break no new ground in observing that an essential componet of procedural fairness is an opportunity to be <u>heard</u>

Dusenbery V, U.S. (2002) 534 U.S. 161, 122 S. ct. 694 "The fundamental requisite of due process of law is the opportunity to be heard"

On page 2 Line 6 And 7 clearly John L. Hartsoe, so how can court proceed on when main defendant is not there Not allowed "To Be Heard".

"Plain Usarpetion of Power"

Page 7

Fraud on the court is one of the
most Serious violations that can occur
in a court of law. If fraud on the
court occurs, the effect is that the
entire case is voided or cancelled.
Any ruling or judgement that the court
has issued will be void.

Under federal law which is applicable to
all States, the U.S. Supreme Court Stated:
  That if a court, "without authority" its
judgements and orders are regarded as
nullities.
They are not voidable but simply void; and
form no bar to recover sought even prior
to a reversal in opposition to them.
They constitute no justification, and all
persons concerned in executing such judgements
or sentences are considered in law, as
trespassers. Elliot V. Piersol 1 pet. 225, 340,
26 U.S. 328, 340 (1828)

Cox V Burke, 706 SO. 2d 43, 47 (fla 5th DCA 1998)
The requisite fraud on the Court occurs
where " it can be demonstrated, clearly and
convincingly, that a party has sentiently
set in motion some unconscionable

Page 8

scheme calculated to interfere with the judicial systems ability impartially to, adjudicate a matter by improperly influencing the trier of fact or unfairly hampering the presentation of the opposing partys claim or defense".

Judgement is a void judgement if court that rendered judgement lacked jurisdiction of the subject matter, or of the parties, or acted in a manner inconsistent with due process, ~~Rule~~ Fed Rules Civ. U.S.C.A, U.S.C.A Const. Amend. 5- Klugh V, U.S 620 F. Supp. 892 (D.S.C 1985)

A judgement of a court without hearing the party or giving him an opportunity to be heard, is not a judicial determination of his rights. Sabariego V. Marrick, 724 U.S. 261, 31 L ed 430 & 5.Ct 461,
And is not entitled to respect in any other tribunal.
"a void judgement does not create any binding obligation". Federal decisions address-ing void state court judgements include, Kalib V. Feurstein (1940) 308 U.S. 433 60 S.Ct, 343, 84 L.ed 370 Ex parte Rowland (1882) 104 u.s. 604, 26 L ed 861

Page 9

Fifth amendment to U.S. Constitution.
"No state shall deprive any person of life, liberty or property, with out due process of law." (applies to all states)

Procedural due process. State must observe procedural requirements. An individual must be given a meaning ful opportunity to be heard before the state deprives him of protected interest.

So it seems that case law is quite clear Right to appear and be heard. Pretty plain, simple to the point.

The evidence shows that john Hartsoe was not allowed to be heard, because he had not ask Permission.

So this court has documents, affidavits, transcripts, motions, which clearly show that judge C.B. McNeil had a vulgar outburst, that john Hartsoe motioned the court to recus himself. That Judge McNeil violated Mt. Rules of civil proceed- ings. That Judge McNeil held a hearing which stole the Property of john Hartsoe.
This was not a mistake, this was vile, Malfeaseance, Criminal.

Conspiracy against rights??
Page 10

Very oppresses.

John Hartsoe is a pro se litigant.
The courts provide. Pro se parties
wide latitude when construcing their
pleading and papers. When interpreting
Pro se papers the court should use common
sense to determine what relief the parties
desires. S.E.C. V. Elliot 953 F.2d.
1560, 1582 (11th cir 1992) See also U.S.
V. Elliot, 953 F 2d 1560, (3rd cir 1999)
(Courts has special obligation to construe pro
Se litigants pleadings liberally)
Pding V. K. Hounanian Enterprises, 99 F.
Supp. 2d 502, 506-07 (D.N.J. 2001)


Pro se litigants submissions are to be
construed liberally and held to less stringent
Standard than submissions of lawyers.
If the court can reasonably read the
Submissions, it should do so despite faiture
to cite proper legal authority, confusion of
legal theories, poor syntax and sentence.
Construction of litigants unfimilarity with
rule requirement.
Boag V. Mac Dougall, 454 U.S. 364, 102 S.ct.
700, 70 L.Ed 2d 551 (1982)


Page 11

Estelle V. Gamble, 429 U.S. 97, 106, 97 S.Ct
285, 50 L. Ed 251
United States V. Day, 969 F. 2d 39, 42
(3rd cir 1998) (holding pro se petition cannot
be held to same standard as pleadings
by attorneys)
Then V. I. N.S., 58 Supp 2d 422, 429 (D NJ 1999)
MoreOver, "the court is under duty to examine
the complaint to determine if the allegations"
Provide for relief on any possible theory"
     Bonner V. Circuit


What John Hartsoe is asking is that this
court vacated the order issued by judge
Mc Neil that took my home and property.
Issued on August 29th, 2011
Or if this court can see the corruption here
Order an Evidentary Hearing, and John Hartsoe
will ~~subpoena~~ Subpoena witnesses to come
forth and answer questions under oath.


John Hartsoe has brought this action
to the Billings Montana Division as he
believe's maybe this Court (judge) is Not
Corrupt as the one's in Missoula Division.
Dana Christensen, Donald Molloy, Resigned
Magistrate Lynch.



               Page 12

So hopefully this court will look at this fraud and see that it ends here. It seems everyone wants to cover-up this criminal act. As it can not be called Mistake. C.B McNeil's actions to proceed on after the vulgar outburst and due process violations clearly show his malfeasance. And for attorneys Fischer and Emerson, whom as officiers of the court to participate become conspirators against my civil rights so hopefully this court (judge) takes her oath seriously because that all john Hartsoe hope for.

Honesty and Integrity

Done this 17th Day of July 2020

John Hartsoe

John Hartsoe
P.O. Box 487
St. Ignatius Mt
59865
406-239-4978

Page 13