UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| JOHN HARTSOE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 20-107-BLG-SPW |

vs.

ORDER ISSUED by DECEASED
JUDGE C.B. MCNEIL, ISSUED on
AUGUST 29, 2011,

      Defendant.

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Judgment is entered against Hartsoe and that this action is DISMISSED.

    Dated this 26th day of August, 2020.

                          TYLER P. GILMAN, CLERK

                          By: /s/ T. Gesh
                          T. Gesh, Deputy Clerk